UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY L. HENKE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case no. 4:06cv0225 TCM |
| ) | |
| MICHAEL MURPHY, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant 28 U.S.C. § 2254 petition for a writ of habeas corpus is dismissed.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue from this Court.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  18th  day of February, 2009.